MICHELE BECKWITH
Acting United States Attorney
ERIC J. CHANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CV-01005-TLN-CSK |
| Plaintiff, | **ORDER GRANTING THE UNITED STATES' EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS** |
| v. | |
| MYRNA NAVA KAWAKAMI; and CLARK CEDRIC NAVA PINILI, | |
| Defendants. | |

Good cause appearing, the Court GRANTS Plaintiff's ex parte application to extend time for service of process. No later than November 29, 2025, Plaintiff SHALL FILE either summonses returned executed as to defendant Clark Cedric Nava Pinili or a status report setting forth good cause for any requested service extension.

IT IS SO ORDERED.

Dated: June 27, 2025

_____
Troy L. Nunley
Chief United States District Judge