IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MYRNA NAVA KAWAKAMI; and CLARK CEDRIC NAVA PINILI,<br><br>           Defendants. | CASE NO. 2:25-CV-01005-TLN-CSK<br><br>**ORDER GRANTING THE UNITED STATES' SECOND EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS** |

Good cause appearing, the Court GRANTS Plaintiff's second ex parte application to extend time for service of process. No later than January 31, 2026, Plaintiff SHALL FILE either summonses returned executed as to defendant Clark Cedric Nava Pinili or a status report setting forth good cause for any requested service extension.

IT IS SO ORDERED.

Dated: November 7, 2025

_____
Troy L. Nunley
Chief United States District Judge

ORDER                                                     1